AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Diana Ruddy,

**SUMMONS IN A CIVIL ACTION**

V.

Life Insurance Company of North America.

CASE NUMBER: 0 8 - - 1 7 4 -

TO: (Name and address of Defendant)

Life Insurance Company of North America
c/o Delaware Insurance Commissioner
Delaware Department of Insurance
841 Silver Lake Boulevard
Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John S. Spadaro, Esq.
John Sheehan Spadaro, LLC
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
(302)235-7745

an answer to the complaint which is served on you with this summons, within ___ twenty (20) ___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

MAR 2 7 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4 / 1 / 2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Jacob W. Leech | Legal Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Delaware Insurance Company ; Delaware Department of Insurance, 841 Silver Lake Boulevard Dover DE 19904

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4/ 1 / 2008
                        Date

_____
Signature of Server

715 King Street
Wilmington, DE 19801
Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.