IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANA RUDDY, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   C.A. No. 08-174 |
| | : |
| LIFE INSURANCE COMPANY | : |
| OF NORTH AMERICA, | : |
| | : |
|     Defendant. | : |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Timothy M. Holly, Esquire, on behalf of defendant, Life Insurance Company of North America ("Defendant").

 

*[signature]*
Timothy M. Holly (Del. Bar No. 4106)
CONNOLLY BOVE LODGE & HUTZ LLP
Email: Tholly@cblh.com
Jeffrey C. Wisler (Del. Bar No. 2795)
Email: Jwisler@cblh.com
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Phone: (302) 252-4217
*Attorneys for Life Insurance Company of North America*

DATED: May 9, 2008

CBLH: 610445