IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANA RUDDY, | : |
| Plaintiff, | : |
| v. | : C.A. No. 08-174-SLR |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | : |
| Defendant. | : |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

It is hereby stipulated by plaintiff, Diana Ruddy, and defendant, Life Insurance Company of North America ("Defendant"), that Defendant shall have an extension of time until May 26, 2008, in which to answer, move or otherwise plead to the complaint.

/s/ Timothy M. Holly
Timothy M. Holly (Del. Bar No. 4106)
CONNOLLY BOVE LODGE & HUTZ LLP
Email: Tholly@cblh.com
Jeffrey C. Wisler (Del. Bar No. 2795)
Email: Jwisler@cblh.com
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Phone: (302) 252-4217
*Attorneys for Life Insurance Company of North America*

/s/ John S. Spadaro
John S. Spadaro (Del. Bar No. 3155)
John Sheehan Spadaro, LLC
Email: jspadaro@johnsheehanspadaro.com
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
Phone: (302) 235-7745
*Attorney for Diana Ruddy*

DATED: May 9, 2008
So ordered:

_____
J.