IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANA RUDDY, | : |
|     Plaintiff, | : |
| v. | :    C.A. No. 08-174-SLR |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | : |
|     Defendant. | : |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Life Insurance Company of North America (hereinafter "Life Insurance Company") respectfully submits the following corporate disclosure statement.

1. Life Insurance Company is a 100% wholly owned subsidiary of Connecticut General Corporation.

2. Connecticut General Corporation is a 100% wholly owned subsidiary of CIGNA Holdings Inc.

3. CIGNA Holdings Inc. is a 100% wholly owned subsidiary of CIGNA Corporation.

4. CIGNA Corporation is the only publicly traded company.

Respectfully submitted,

*[signature]*

CONNOLLY BOVE LODGE & HUTZ LLP
Timothy M. Holly (Del. Bar No. 4106)
Jeffrey C. Wisler (Del. Bar No. 2795)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
Phone: (302)-252-4217
FAX: (302)-658-0380
Email: tholly@cblhlaw.com
*Attorneys for Defendant*

DATED: June 2, 2008

CBLH: 614504