**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DIANA RUDDY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 1:08-CV-174SLR |
| | ) | |
| v. | ) | |
| | ) | |
| LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, John S. Spadaro, hereby certify that on this date, two copies of Plaintiff Diana Ruddy's

Initial Disclosures were delivered by FedEx to the following individual:

Timothy M. Holly, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Bldg.
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

JOHN SHEEHAN SPADARO, LLC

/s/ John S. Spadaro
John S. Spadaro, No. 3155
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
(302)235-7745

Attorney for Diana Ruddy

June 9, 2008

1698