## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANA RUDDY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 1:08-CV-174SLR |
| | ) | |
| v. | ) | |
| | ) | |
| LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, John S. Spadaro, hereby certify that on this date, two copies of Plaintiff Diana Ruddy's First Set of Requests for Production of Documents were delivered by hand delivery to the following individual:

  Timothy M. Holly, Esq.
  Connolly Bove Lodge & Hutz LLP
  The Nemours Bldg.
  1007 N. Orange Street
  P.O. Box 2207
  Wilmington, DE 19899

JOHN SHEEHAN SPADARO, LLC

/s/ John S. Spadaro
John S. Spadaro, No. 3155
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
(302)235-7745

Attorney for Diana Ruddy

June 11, 2008

1975