## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANA RUDDY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 1:08-CV-174SLR |
| | ) | |
| v. | ) | |
| | ) | |
| LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

    I, John S. Spadaro, hereby certify that on this date, two copies of Plaintiff Diana Ruddy's

First Set of Interrogatories were delivered by hand delivery to the following individual:

    Timothy M. Holly, Esq.
    Connolly Bove Lodge & Hutz LLP
    The Nemours Bldg.
    1007 N. Orange Street
    P.O. Box 2207
    Wilmington, DE 19899

    JOHN SHEEHAN SPADARO, LLC

    /s/ John S. Spadaro
    John S. Spadaro, No. 3155
    724 Yorklyn Road, Suite 375
    Hockessin, DE 19707
    (302)235-7745

    Attorney for Diana Ruddy

June 11, 2008

1976