IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANA RUDDY, | : |
|     Plaintiff, | : |
| v. | :    C.A. No. 08-174-SLR |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | : |
|     Defendant. | : |

NOTICE OF SERVICE

The undersigned certifies that, on June 26, 2008, a copy of Defendant's Initial Disclosures Pursuant to FRCP 26(a) together with a copy of this Notice of Service and Certificate of Service, were served upon the following counsel of record, at the address and by the means specified below:

BY HAND DELIVERY
John S. Spadaro, Esquire
John Sheehan Spadaro, LLC
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
*Attorney for Plaintiff*

                                      CONNOLLY BOVE LODGE & HUTZ LLP

                                      /s/ Timothy M. Holly
                                      Timothy M. Holly (Del. Bar No. 4106)
                                      Jeffrey C. Wisler (Del. Bar No. 2795)
                                        1007 North Orange Street
                                        P.O. Box 2207
                                        Wilmington, Delaware 19899-2207
                                        Tel. (302) 252-4217
                                        Fax. (302) 658-0380
                                        e-mail: tholly@cblh.com
                                        *Attorneys for Defendant*