IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DIANA RUDDY,                          :
                                      :
                Plaintiff,            :
                                      :
        v.                            :        C.A. No. 08-174-SLR
                                      :
LIFE INSURANCE COMPANY                :
OF NORTH AMERICA,                     :
                                      :
                Defendant.            :

NOTICE OF SERVICE

The undersigned certifies that, on July 11, 2008, a copy of Defendant's Objections and

Responses to Plaintiff's First Set of Requests for Production of Documents together with a copy

of this Notice of Service and Certificate of Service, were served upon the following counsel of

record, at the address and by the means specified below:

BY HAND DELIVERY
John S. Spadaro, Esquire
John Sheehan Spadaro, LLC
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
*Attorney for Plaintiff*

                        CONNOLLY BOVE LODGE & HUTZ LLP


                        _____
                        Timothy M. Holly (Del. Bar No. 4106)
                        Jeffrey C. Wisler (Del. Bar No. 2795)
                        1007 North Orange Street
                        P.O. Box 2207
                        Wilmington, Delaware  19899-2207
                        Tel. (302) 252-4217
                        Fax. (302) 658-0380
                        e-mail: tholly@cblh.com
                        *Attorneys for Defendant*