IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANA RUDDY, | : |
| Plaintiff, | : |
| v. | : C.A. No. 08-174-SLR |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | : |
| Defendant. | : |

NOTICE OF SERVICE

The undersigned certifies that, on July 11, 2008, a copy of Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories together with a copy of this Notice of Service and Certificate of Service, were served upon the following counsel of record, at the address and by the means specified below:

BY HAND DELIVERY
John S. Spadaro, Esquire
John Sheehan Spadaro, LLC
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
*Attorney for Plaintiff*

CONNOLLY BOVE LODGE & HUTZ LLP

_/s/ Tim M. Holly_
Timothy M. Holly (Del. Bar No. 4106)
Jeffrey C. Wisler (Del. Bar No. 2795)
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
Tel. (302) 252-4217
Fax. (302) 658-0380
e-mail: tholly@cblh.com
*Attorneys for Defendant*