## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANA RUDDY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 1:08-CV-174SLR |
| | ) | |
| v. | ) | |
| | ) | |
| LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, John S. Spadaro, hereby certify that on this date, two copies of Plaintiff Diana Ruddy's

Second Set of Requests for Production of Documents were delivered by U.S. Mail to the

following individual:

> Timothy M. Holly, Esq.
> Connolly Bove Lodge & Hutz LLP
> The Nemours Bldg.
> 1007 N. Orange Street
> P.O. Box 2207
> Wilmington, DE 19899

JOHN SHEEHAN SPADARO, LLC

/s/ John S. Spadaro
John S. Spadaro, No. 3155
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
(302)235-7745

Attorney for Diana Ruddy

July 16, 2008

2022