## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

DIANA RUDDY,              )
                                  )
           Plaintiff,        )        C.A. No.: 1:08-CV-174SLR
                                  )
v.                      )
                                  )
LIFE INSURANCE COMPANY    )
OF NORTH AMERICA,        )
                                  )
          Defendant.      )

## NOTICE OF SERVICE

I, John S. Spadaro, hereby certify that on this date, two copies of Plaintiff Diana Ruddy's

Second Set of Interrogatories were delivered by U.S. Mail to the following individual:

    Timothy M. Holly, Esq.
    Connolly Bove Lodge & Hutz LLP
    The Nemours Bldg.
    1007 N. Orange Street
    P.O. Box 2207
    Wilmington, DE 19899

                        JOHN SHEEHAN SPADARO, LLC

                        /s/ John S. Spadaro
                        John S. Spadaro, No. 3155
                        724 Yorklyn Road, Suite 375
                        Hockessin, DE 19707
                        (302)235-7745

                        Attorney for Diana Ruddy

July 16, 2008